(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Robert Jame Piper

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

State of Delaware
Warden Cerisini ETC, All
Medical
Law Library

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

FILED JUN 26 2023 US DISTRICT COURT DISTRICT OF DELAWARE

Civ. Action No. **23-697**
*(To be assigned by Clerk's Office)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Piper Robert
Name (Last, First, MI)                                    Aliases

00170365
Prisoner ID #

Sussey Correctional Inst
Place of Detention

PO Box 500
Institutional Address

Georgetown            DE            19947
County, City          State         Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Bensivi Scott__
Name (Last, First)

__Warden__
Current Job Title

__PO Box 500 SCI__
Current Work Address

__Georgetown__       __De__       __19947__
County, City         State        Zip Code


Defendant 2: __Chrapic Peggy__
Name (Last, First)

__Law Library Paralegal__
Current Job Title

__PO Box 500 SCI__
Current Work Address

__Georgetown__       __De__       __19947__
County, City         State        Zip Code

## Defendant(s) Continued

Defendant 3:  **Medical Dept Gardner Sherri**
Name (Last, First)

**SCI Medical DR.**
Current Job Title

**PO Box 500 SCI**
Current Work Address

**Georgetown De**     **De**     **19947**
County, City           State       Zip Code


Defendant 4:  **Cela**
Name (Last, First)

**Corrections Officer**
Current Job Title

**PO Box 500 SCI**
Current Work Address

**Georgetown**     **DE**     **19947**
County, City           State       Zip Code

Defendant Continue
SGT. Smith
PO Box 500 SCI
Georgetown DE 19947

Acting Commander
Shift Commander Job Title
PO Box 500 SCI
Georgetown De 19947

Traxler Shane
Bureau Grievance Officer
N/A
N/A

Officer Bowden
Officer
PO Box 500 SCI
Georgetown DE 19947 over

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Law Library / Medical

Date(s) of occurrence: 4-21-23  5-6-23  5-23-23  5-18-23

State which of your federal constitutional or federal statutory rights have been violated:
6th  14th  8th

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

(1) I came to prison Feb 8th 2023 in the month of April I began going to the law library to do research so that I could prepare for my case, I found the needed material and cases that I needed and I have put in to have them so that I could send them off I was denied because I didn't have the funds to recieve them. I showed case law and other documents to support my case to recieve them even though I was indigent but I was still denied. I filed numerous complaints and grievances but they upheld the law librarian I showed them the cases stating that I couldn't be denied because I was indigent but that also fell on deaf ears. So had by this action I'm not being able to properly defend myself I face the possibility of losing my case and

Page 5 of 10

facing a lot of time. ② My next complaint and violations goes against the Medical Dept. Upon my arrival I was put on subetex something to help you deal with drugs and sickness. In the month of April 2023 also I was taken off this medication without the Dr. approval or knowledge. This action was done by D.O.C. Staff who aren't trained in the Medical Field as a result from this I suffer siezures in frequent comouts and I constantly have headaches, when I contact medical they blow over and refuse to send me to the hospital after hitting head and lay unresponsive for over 20 mins. I written several complaints and grievances on this also. I went to the Law Library again on 5-18-23 and again requested material so that I could prepare for my upcoming case and was told by the librarian Aid that without funds they couldn't print them out. I said I didn't want to take it with me I just want to review so I can write my brief and said it out still didn't matter. On the date of 5-23-23 I suffered another seizure and suffered head swelling I was refused outside Medical treatment again because the officer lied and said I didn't hit my head, this is an ongoing an continuing problem with each seizure that I've had a was

[sidebar note: Who did what?]

**Was anyone else involved?**

Never sent out or recieved any treatment other than being put in medical either in a suicidal cell with the stinch of urine and feses or placed in another with five to six other people and a toilet. On 5-23-23 where I was taken out officer Diaz and Bowden threw away my legal papers and Bible because they said I had too much stuff and the didn't feel like inventorying it all. Officers Kroft and Crea also play in the delay in medical response while myself and roommate bang on the door they just sat at the computer until others got involved. 5-6-23 Also on a daily and weekly basis we are denied religous observance and the right to practice or attend services.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would just like to recieve monetary damages for the pain and possible health issues that I may have from this, and the inability to have certain chances in court, being as though I can't properly prepare for my case. And the possibility of long term damage for the many seizures that

Page 8 of 10

have been neglected

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many? ____1____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number  N/A
- Nature of claim made  Assault
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Dissmissed, the necessary paperwork and doccuments that I needed werent made avedible to me so I couldnt continue with my complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_5-16-23_
Dated

_Robert Piper_
Plaintiff's Signature

_Piper Robert J_
Printed Name (Last, First, MI)

_00170365_
Prison Identification #

_PO Box 500_      _Georgetown_      _DE_      _19947_
Prison Address      City      State      Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M: Robert Piter  BLDG. M-2
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
00170365



FIRST-CLASS
US POSTAGE $001.98
02 1P  0002109496  JUN 21 2023
MAILED FROM ZIP CODE 19947



FILED
JUN 26 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

CLERK
U.S. District Court
Lock Box 18
844 N. King St. Wilm DE
19801